No. 385. FRISCHER & Co., INC., ET AL. *v.* ELTING. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Meyer Kraushaar* for petitioners. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and

650

*Messrs. Whitney North Seymour* and *Clinton M. Hester* for respondent.

